IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BEST WESTERN INTERNATIONAL, INC.     PLAINTIFF

vs.     Case No. 4:06MC0011GH

CARLISLE PROPERTIES LIMITED PARTNERSHIP,
AN ARKANSAS PARTNERSHIP;
AND KEM MERRELL, AN INDIVIDUAL     DEFENDANTS

FIRST NATIONAL BANK OF EASTERN ARKANSAS     GARNISHEE

### ORDER ON GARNISHEE'S ANSWER

Comes the Plaintiff, Best Western International, Inc., by and through its attorneys, Hope, Fuqua & Campbell, P.A., and states to the Court that garnishee has answered in this case and in said answer admits that it is indebted to Defendant, Kem Merrell, and is withholding amounts in accordance with the law, exclusive of appropriate exemptions and withholding. Additionally, a copy of the writ of garnishment served upon the garnishee herein was forwarded to the defendant.

WHEREFORE, it is the order of this Court that said indebtedness of $1,189.99 be paid to the plaintiffs' attorney, that upon receipt thereof, plaintiff shall satisfy the record in like amount.

_____
U.S. DISTRICT COURT JUDGE
DATE: November 9, 2006.

Prepared by:

_____
Abbie Decker
HOPE, FUQUA & CAMPBELL, P.A.
425 West Capitol Avenue, Suite 400
Little Rock, Arkansas 72201
(501) 372-4144